# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# at LEXINGTON

**Civil Action No. 18-9-HRW**

PAMALA AXON,                      PLAINTIFF,

## JUDGMENT

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL SECURITY,       DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.     pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B.     the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C.     this action is **STRICKEN** from the active docket of the Court.

This 21 day of February, 2019.



Signed By:
*Henry R. Wilholt, Jr.*
**United States District Judge**